```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                      Case No. 5:07CR50004-001

ORVILLE SHERIDAN TOOTHMAN                                       DEFENDANT

### ORDER MODIFYING CONDITIONS OF RELEASE

The court hereby modifies the Order Setting Conditions of Release entered February 6, 2007 to include the following condition regarding defendant's home confinement with electronic monitoring:

> Should Pretrial Services detect a violation as to home confinement, the defendant may be taken into custody by notifying the United States Marshal's Service.

SO ORDERED this 7th day of February 2007.

*/s/ J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE