IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                          Criminal No. 07-50004-001

ORVILLE SHERIDAN TOOTHMAN                                   DEFENDANT

**O R D E R**

Currently before the Court is the defendant's **Motion to Compel Return of Property (Doc. 41)** and the Government's **Response (Doc. 42)** in opposition. The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

1. On November 19, 2007, the defendant was sentenced to 97 months imprisonment after pleading guilty to one count of receiving child pornography. In the motion now before the Court, the defendant seeks to have the computer equipment seized in connection with the investigation of this case returned to his wife.

2. The Government responds that, pursuant to 18 U.S.C. § 3509(m), the computer hard drives cannot be returned to the defendant because they contain images of child pornography. Defendant does not contest this fact, but asserts that the hard drives can be "wiped" to ensure that the images have been erased before the hard drives are returned.

3. The Government asserts that the costs associated with wiping the hard drives would be in excess of $500.00, which the

defendant should be required to pay if the hard-drives are to be returned to his wife.

    4.   Upon due consideration, defendant's motion is **GRANTED** to the extent that the Government is ordered to wipe the hard drives and return them to defendant's wife if, and when, payment for the costs associated with this process is made.

    IT IS SO ORDERED this 6th day of March 2008.

                                             /S/JIMM LARRY HENDREN
                                             JIMM LARRY HENDREN
                                             UNITED STATES DISTRICT JUDGE